INTERNET ARCHIVE WaybackMachine
https://aaronsonlawgroup.com/  Go
33 captures
10 Mar 2014 – 15 Jun 2018
SEP **NOV** JAN
◀ **17** ▶
2014 **2015** 2016
About this capture

# Aaronson Law Firm

Toll Free: 1-877-408-8790
Local: 407-644-1336

**Home**  **How It Works**  **About Us +**  **Testimonials**  **Blog**  **Contact Us**

Don't Wait, Call Now. We Can Help!
Toll Free 1-877-408-8790
Local 407-644-1336

Free Case Evaluation



**Name** *
First    Last

**Phone** *    **Email** *

**Subject**

**How did you hear about us? Please be detailed.** *

Submit

## Testimonials

1 2 3 4 5

Timeshares ownership often feels like entrapment. How do we know this? Because people tell us. Their stories are remarkably consistent.

They tell us about some enticement they were offered, such as a free theme park ticket or a discounted resort stay. All they had to do was to sit through an hour long presentation. But then an hour became four or five hours. Hour after hour of high pressure sales pitching, and they were ready to sign almost anything just to physically escape the room. And then there were the rapid-fire signings of 'routine' closing documentation presented, as the salesman riffled through page after page.

They describe the rude awakening when the first bill came in the mail. And then came the shock they felt when they actually had time to read the sales contract, with all its attachments, for the first time at home. Perhaps they called the developer, asking for the nice salesman who sold it to them, who is nowhere to be found. And finally, there was the terrible frustration of actually trying to book their vacation only to be told that they didn't have enough 'points' or some other excuse.

But reciting this disturbing series of events is not going to help legally. Why? Because it's your word against there's. Plus, there are a thousand disclaimers and waivers in those closing documents, enough to absolve the developer of almost anything.

But that's not to say that you don't have any leverage, any cards to play. At the Aaronson Firm, we focus on other ways to release your obligation. One in particular: Maintenance. Your developer has a fiduciary duty to manage the resorts in your best interest. Chances are, they're in breach of that duty, in ways that are very obvious and easy to prove.

This is where the developer is most vulnerable. This is where your leverage is. And you owe it to yourself to hire experienced, competent counsel. At the Aaronson Firm, we have over forty years of combined legal experience. And we are willing to sue, if necessary, in the interest of getting you released.

So call us free of charge to discuss your situation, please. Your legal problems are not insurmountable.



Back to Top

**Find Your Way**
Home
FAQ?
How It Works
About Us
Testimonials

**Resources**
Media Center
Blog

**Socialize**



## How It Works

### View more at our Timeshare Blog

Quite often, one's signature on a timeshare contract is obtained by fraud. And the debt that it creates generally outweighs any benefit to the owner. But to address it properly, it is imperative that you retain a licensed attorney.

You can complain ad nauseum about the pack of lies that you were told during the high pressure sales pitch, how the 'hour-long' presentation became four or five hours, about how they wore you down emotionally, and about the rapid-fire signings of 'routine' closing documentation presented, as the salesman riffled through page after page.

And you can go and on about the rude awakening when the first bill came in the mail, and the shock you felt when you finally had the chance to actually read the sales contract at home. And then there was the awful frustration of actually trying to book their vacation, only to be told that you didn't have enough 'points' or some other excuse.

But going over this disturbing series of events is not likely to carry much weight legally. After all, it's your word against there's, and that contract you signed is chock full of waivers and disclaimers to protect the developer.

But experienced, competent counsel will know how to exploit other points of vulnerability. For example, the developer may well be perpetrating an ongoing conflict of interest. Improper handling of trust funds are also a major issue.

This is where the developer is most vulnerable. This is where your leverage is. And by far the best way to leverage this is through a licensed attorney, who will have subpoena power over books and records.

So call us free of charge to discuss your situation, please. Your problems are not insurmountable.



Disclaimer
A number of references are made in this website to specific timeshare developers. All such references in context constitute our opinion with respect to the merits of a particular product or service offered by the developer so referenced.

Back to Top