UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC and DIAMOND RESORTS MANAGEMENT, INC.,

    Plaintiffs,

v.   Case No. 6:17-cv-1394-Orl-37DCI

AUSTIN N. AARONSON and
AARONSON, AUSTIN, PA.,

    Defendants.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the notification by the parties at Jury Trial on May 2, 2019 that they have reached a settlement in this case. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 7, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record